UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSAS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | NO. EDCV 16-2133-CAS (AGR)<br><br>ORDER TO SHOW CAUSE |

　　　Pursuant to the court's order of October 14, 2016, Plaintiff was ordered to file proofs of service showing compliance with Paragraph I of the order within 90 days of the filing on the complaint, i.e., by January 12, 2017.  The order warned Plaintiff that failure to comply may result in dismissal of the case.  To date, the proofs of service have not been filed.

　　　Accordingly, **no later than February 13, 2017,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute.  Filing the proofs of service by February 13, 2017, shall be deemed compliance with this Order to Show Cause.

DATED: January 17, 2017

　　　　　　　　　　　　　　　　　　　　　　/s/ Alicia G. Rosenberg
　　　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge