O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ROSAS,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 16-2133-CAS (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: March 17, 2017

             /s/ Christina A. Snyder
             CHRISTINA A. SNYDER
             United States District Judge